UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREEPLAY MUSIC, LLC,

                                                    Plaintiff,

                    - against -

STREETSIDE CLASSICS,

                                                    Defendant.

**NOTICE OF
VOLUNTARY
DISMISSAL**

14 Civ. 06909
(WHP)

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure Rule, plaintiff Freeplay Music, LLC, by and through its attorneys, **NIXON

PEABODY LLP**, hereby voluntarily dismisses the above-captioned action, without prejudice,

against defendant Streetside Classics.

Dated: September 18, 2014
         Jericho, New York

                                    Respectfully submitted,


                                    By:  /s/ Seth Berman
                                            Seth Berman, Esq.

                                    **Nixon Peabody LLP**
                                    50 Jericho Quadrangle, Suite 300
                                    Jericho, New York 11753
                                    (516) 832-7500

                                    *Attorneys for Plaintiff Freeplay Music, LLC*